IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERMAN WILLIAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-1214

JULIE L. JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed October 9, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Herman Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; Kathleen Carol Hagan, Assistant Attorney General; and Dorothy Ridgway, Acting General Counsel, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.